UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| DALE E. DELAP, | ) | |
|---|---|---|
| Plaintiff, | ) ) ) | |
| v. | ) ) | CAUSE NO. 3:09-CV-73 CAN |
| FEDERAL-MOGUL POWERTRAIN, INC., | ) ) ) ) | |
| Defendant. | ) | |

**OPINION AND ORDER**

Defendant, Federal-Mogul Powertrain, Inc., pursuant to Fed. R. Civ. P. 54(d) and 28 U.S.C. § 1920, is entitled to an award of recoverable costs totaling $2,099.70 as the prevailing party on Plaintiff's claims.

It is therefore **ORDERED** that Plaintiff compensate Defendant as the prevailing party with recoverable costs in the amount of $2,099.70.

**SO ORDERED.**

Dated this 13th Day of May, 2010.

                                                        S/Christopher A. Nuechterlein
                                                        Christopher A. Nuechterlein
                                                        United States Magistrate Judge